**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **STEPHEN FARRIS,** *Plaintiff,* | § § § § § § § § § § § § | |
| **v.** | | **MO:26-CV-00014-DC** |
| **CAMERON TAYLOR COLE and ALEX EPLEY,** *Defendants.* | | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation (Doc. 4) from United States Magistrate Judge Ronald C. Griffin concerning Plaintiff's Complaint (Doc. 1). The R&R was issued on February 23, 2026.

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy and, in doing so, secure *de novo* review by the district court. When no objections are timely filed, a district court reviews the magistrate's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). No objections have been timely filed,[1] so this Court reviews the R&R for clear error, finding none.

---

[1] The R&R was delivered to (and left with an individual at) Plaintiff's address-of-record on February 28, 2026. It is now March 31, 2026.

The Court thus **ADOPTS** the R&R and **DISMISSES WITHOUT PREJUDICE** this case for want of prosecution in accordance with Federal Rule of Civil Procedure 41.

It is so **ORDERED**.

SIGNED this 31st day of March, 2026.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE